IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LARRY LEROY STALEY
#1139-09

JAMOCA TAIYE PRICE
ADC #105793                                                                          PLAINTIFFS

V.                           NO: 4:09CV00386 JMM

RANDY MORGAN *et al.*                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE